**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | | |
|---|---|---|
| **ABC IP, LLC, a Delaware limited liability company,** | ) ) ) | CASE NO. 8:26-CV-1627 |
| **and** | ) ) | |
| **RARE BREED TRIGGERS, INC., a Texas corporation,** | ) ) ) | **NOTICE OF RELATED ACTIONS** |
| **Plaintiffs.** | ) ) | |
| **v.-** | ) ) | |
| **Dunedin Holding, LLC, a Florida limited liability company, d/b/a Mid-Tier Defense,** | ) ) ) ) | |
| **Defendant.** | ) ) | |

**PLAINTIFF'S NOTICE UNDER LOCAL RULE 1.07(C)**

Plaintiffs hereby identify and describe related actions either pending or closed in the Middle District and elsewhere, according to Local Rule 1.07(c) and Court docket no. 9, below. Some of these have been consolidated into a Multi-District Litigation (MDL) in the Eastern District of Texas and the remainer are or will be designated as tag-along cases to the MDL.

| Case No. | Case Caption | Venue |
|---|---|---|
| (25-cv-298) 4:26-cv-377 | ABC IP, LLC et al., v. DNT d/b/a Deez Nuts Tactical, Zach Morrow | (Dist. of Idaho) ED Texas |
| (25-cv-201) 4:26-cv-369 | ABC IP, LLC et al., v. Hanes Tactical LLC, Damion Terrell Bennett | (W.D. TX) ED Texas |
| 25-cv-299 (4:26-cv-379) | ABC IP, LLC et al., v. Harrison Gunworks LLC, Tyler Harrison | Dist. of Idaho (E.D. Texas) |
| 25-cv-852 (4:26-cv-374) | ABC IP, LLC et al., v. Dairyland Defense Solutions LLC, Gaven L. Poczekaj, Sr | E.D. WI (ED Texas) |
| (25-cv-2961) 4:26-cv-425 | ABC IP, LLC et al., v. Steven Thanh Nguyen d/b/a Polymer Pew | (S.D. TX) ED Texas |
| (25-cv-695) 4:26-cv- | ABC IP, LLC et al., v. Z3 Production d/b/a Z3 Pro | (WD OK) ED Texas |

| (25-cv-1262)<br>4:26-cv-380 | ABC IP, LLC et al., v. 80Mills LLC d/b/a Tactical Supply, Pearson Gardner | (N.D. of OH, E. Div)<br>(ED Texas) |
|---|---|---|
| (25-cv-454) | ABC IP, LLC et al., v. Jessie T. Kline | (S.D. of Miss.) |
| (1:25-cv-389)<br>4:26-cv-378 | ABC IP, LLC et al., v. Hoffman Tactical, Timothy Hoffman | (ED Tenn)<br>ED Texas |
| (1:25-01192)<br>4:26-cv-370 | ABC IP, LLC et al., v. AS Designs LLC, Matthew Karlovic, and Calvin Olson | (M.D. N. Carolina)<br>ED Texas |
| 2:25-cv-04938 | ABC IP, LLC et al., v. Firearms Systems LLC d/b/a Firearm System, Brandon Donatto, John Doe (Partisan Triggers) | Dist. AZ |
| 4:26-00015 | ABC IP, LLC et al., v. Hawkphin Sales LLC d/b/a Battlehawk Armory, Adam Gerleman | SD Iowa<br>Des Moines Div. |
| 1:26-cv-00001 | ABC IP, LLC et al., v. Cloak Industries, William C. King Jr., and John Doe (Partisan Triggers) | Dist. of Idaho |
| 4:26-00018 | ABC IP, LLC et al., v. Webcorp, Inc., d/b/a Tactical Shit/ Liberal Tears/ SIGGLOCKINCOLTCOM and Thomas Kirgin Jr | E.D. of Missouri |
| MDL No. 3176<br>MDL No. 3186 | 80MILLS and Pearson Gardner<br>DNT and Zach Morrow<br>Z3 Pro; Harrison and Tyler Harrison; Hanes and Damion Terrell Bennett; Polymer Pew | E.D. Texas |
| 2:26-cv-00085 | ABC IP, LLC et al., v. SCG, LLC, d/b/a Scottsdale Gun Club, Terence D. Schmidt and Ronald Kennedy | Dist. of Arizona, Phoenix Div. |
| 2:26-cv-00014 | ABC IP, LLC et al., v. AR-TT LLC d/b/a Takedown Tools; CLAUSEN, Inc.; Jonathan Clausen; Jodi Clausen | ED Washington |
| 2:26-cv-14198 | ABC IP, LLC et al., v. Advanced Threat Assessment and Training, Inc. dba Warhammer Armaments | SD Florida |
| 2:26-cv-00030 | ABC IP, LLC et al., v. MaRs Trigger LLC and Peter Brennen | ED Texas |
| 1:26-cv-18<br>(26-cv-1527) | Peak Tactical LLC (Partisan Triggers/The Triggered Company) | Dist. Wyoming<br>(ED Texas) |
| 2:26-cv-00033 | ABC IP, LLC et al., v. Christopher "Kit" Cope | E.D. Texas |
| 4:26-cv-00032 | ABC IP, LLC et al., v. Orion Arms Corp d/b/a Orion Wholesale | S.D. Indiana<br>New Albany Div. |
| 2:26-cv-00090 | ABC IP, LLC et al., v. HK Parts | Dist. Utah |
| (7:26-cv-57)<br>4:26-cv-448 | Atrius v. ABC and RBT | (WD Texas)<br>ED Texas |
| (26-cv-1072)<br>4:26-cv-521 | ABC IP, LLC et al., v. OpticsPlanet | (ND Ill)<br>ED Texas |
| 2:26-cv-00055 | ABC IP, LLC et al., v. ProSource Firearms, LLC | ED Texas |

| | | |
|---|---|---|
| 2:26-cv-00053 | ABC IP, LLC et al., v. PistolCap (dba Frisco Guns) | ED Texas |
| 2:26-cv-00056 | ABC IP, LLC et al., v. Mister Guns, LLC et al | ED Texas |
| 2:26-cv-00058 | ABC IP, LLC et al., v. Superior Firearms of Texas | ED Texas |
| 2:26-cv-54 Dismissed | ABC IP, LLC et al., v. Hush Distribution | ED Texas |
| 2:26-cv-201 Dismissed | ABC IP, LLC et al., v. TRG Ventures, LLC dba Mission Ridge Range and Academy, and TRG Ventures, LP | ED Texas |
| 2:26-cv-00576 | ABC IP, LLC et al., v. Canuck Tactical, LLC, dba Rangesport America LLC | ED Louisiana |
| 4:26-cv-00343 | ABC IP, LLC et al., v. Quick Response Firearms | Dist. Idaho |
| 4:26-cv-00854 | ABC IP, LLC et al., v. 2A Ninja LLC | E.D. MO, East. Div |
| 3:36-cv-00533 | ABC IP, LLC et al., v. Velocity Ammunition Sales | E.D. VA, Alex. Div, |
| 1:26-cv-00335 | ABC IP, LLC et al., v. Inoculum-Group | Dist. Idaho |
| 4:26-cv-03171 | ABC IP, LLC et al., v. HD Arms, LLC | Dist. Nebraska |
| 1:26-cv-00527 | ABC IP, LLC et al., v. Shooting Targets USA, LLC dba Outpost Gear | M.D. North Carolina |
| 4:26-cv-04309 | ABC IP, LLC et al., v. Antonio Choukair, dba Astro Tactical | S.D. Texas |
| 3:26-cv-02196 | ABC IP, LLC et al., v. East Coast Cerakote LLC | S. Carolina, Columbia Div. |
| 2:26-cv-00645 | ABC IP, LLC et al., v. Vance Outdoors Inc., d/b/a/ Sportsman's Outdoor Superstore | SD of OH |
| 8:26-cv-01627 | ABC IP, LLC et al., v. Dunedin Holding LLC d/b/a Mid-Tier Defense | MD of FL |
| 4:26-cv-00049 | ABC IP, LLC et al., v. Lam Solutions, et al | ND of IN |
| 1:26-cv-00523 | ABC IP, LLC et al., v. Olde English Gun Shoppe Inc, et al | SD of OH |
| 1:26-cv-00126 | ABC IP, LLC et al., v. John Faulker d/b/a Firearms Depot | ND of FL |
| 3:26-cv-5045 | ABC IP, LLC et al., v. Cornfire Arsenal LLC | WD of MO |
| 4:26-cv-04216 | ABC IP, LLC et al., v. Pembleton and Sons' LLC | SD of TX |
| 7:26-cv-04425 | ABC IP, LLC et al., v. SKER Industries LLC | SD of NY |
| 1:26-cv-01414 | ABC IP, LLC et al., v. Trinity Trigger LLC | WD of TX |
| 1:26-cv-01413 | ABC IP, LLC et al., v. TX Defense Supply LLC - Leon L. Clark | WD of TX |
| 1:26-cv-00498 | ABC IP, LLC et al., v. Dogwood Armory LLC, et al | WD of NC |
| 5:26-cv-03669 | ABC IP, LLC et al., v. Redacted Arms LLC | ED of PA |
| 1:26-cv-00071 | ABC IP, LLC et al., v. Paul Guy d/b/a Southern Customs Guns and Ammo | MD of GA |

| 1:26-cv-2400 | ABC IP, LLC et al., v. Gen X Arms & Gunwork's LLC | Dist. CO |
|---|---|---|
| 1:26-cv-1118 | ABC IP, LLC et al., v. Shackleford's FRT (Jacob Burse) | WD of TN |
| 1:26-cv-926 | ABC IP, LLC et al., v. Super Safe Solutions, LLC | ND of AL |
| 1:26-cv-3010- | ABC IP, LLC et al., v. GDI-3D LLC | ND of GA |
| 1:26-cv-00348- | ABC IP, LLC et al., v. Idaho Arms & Ammo/ David Freshwater | Dist. Idaho |
| 1:26-cv-1170 | ABC IP, LLC et al., v. William McAllister d/b/a 80% Lowers | N.D Indiana |
| 2:26-CV-664 | ABC IP, LLC et al., v. Mad River Firearm C. LLC | SD of OH |
| 3:26-cv-165 | ABC IP, LLC et al., v. Tactical Solutions Group | SD of OH |
| 6:26-cv-177 | ABC IP, LLC et al., v. Southern KY Outdoorsman | ED KY |
| 5:26-cv-00156 | ABC IP, LLC et al., v. Mercier & Sons, et al | ND Florida |
| 1:26-cv-1221 | ABC IP, LLC et al., v. Gun Builders Depot | SD Indiana |
| 5:26-cv-00235 | ABC IP, LLC et al., v. AR-15 Gun Owners of America Inc. | M.D of GA |
| 1:26-cv-04425 | ABC IP, LLC et al., v. Dirty Bird Industries LLC | ED of CA |
| 1:26-cv-02317 | ABC IP, LLC et al., v. Atlantic Firearms LLC | Dist. Maryland |
| 4:26-cv-4561 | ABC IP, LLC et al., v. CF Tactical Inc. | SD of TX |
| 3:26-cv-01903 | ABC IP, LLC et al., v. GrabAGun LLC | ND of TX |
| 1:26-cv-01553 | ABC IP, LLC et al., v. NSPEC Innovations LLC | WD of TX |

Dated:  June 11, 2026.          Respectfully submitted,

By:  /s/ *Kevin C. Maxwell*
    Kevin C. Maxwell (FL Bar 0604976)
    Office of Kevin C. Maxwell
    255 Primera Blvd Ste 160
    Lake Mary, FL 32746-2168
    Email: kevin@kmaxwellesq.com
    Tel: 407-467-4960